IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Smith Sr, Wayne L | Case Number: 07 B 16469 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 9/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: October 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 400.00 | |
| Secured: | | 50.41 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 327.40 |
| Trustee Fee: | | 22.19 |
| Other Funds: | | 0.00 |
| Totals: | 400.00 | 400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 327.40 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 1,000.00 | 50.41 |
| 4. | Litton Loan Servicing | Secured | 25,178.00 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 2,850.00 | 0.00 |
| 7. | Northwest Collectors | Unsecured | | No Claim Filed |
| 8. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 9. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 10. | MRSI | Unsecured | | No Claim Filed |
| 11. | Fbcs Inc | Unsecured | | No Claim Filed |
| | | | $ 32,492.00 | $ 377.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 18.69 |
| 6.5% | 3.50 |
| | $ 22.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Smith Sr, Wayne L | Case Number:  07 B 16469 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/13/08 | Filed:  9/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

